IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:06CR446-002 |
|   Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| JAMES RENA PETERSON, | ) | |
|   Defendant. | ) | ORDER |

    This matter was before the Court on August 4, 2020, for a hearing on the Government's request for revocation of Defendant James Rena Peterson's supervised release via video conference.  The Defendant was present and represented by Attorney Carolyn Kucharski.  The United States was represented by Assistant United States Attorney Brad Beeson.  The Probation Office was represented by Donald Stranathan.

    A Supervised Release Violation hearing was held by Magistrate Judge Kathleen B. Burke on July 14, 2020, at which time the Defendant admitted to the unauthorized use of drugs violation.  The Government moved to dismiss the second and third violations of failure to comply with drug testing and failure to attend substance abuse treatment.  The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation.

The Court previously deferred sentencing to allow defendant to participate in inpatient substance abuse treatment. Defendant previously admitted to all the violations outlined in the Violation Report dated May 20, 2019, except for the new law violations that were pending in Canton Municipal Court (Docket #2019TRD3066) and Massillon Municipal Court (Docket #2019TRD3055 and Docket #2019CRA1224). The Defendant admits the new law violations that were previously held in abeyance. The Court finds Defendant in violation and revokes supervised release for the reasons stated on the open record.

The Defendant is sentenced to time served. No term of supervised release to follow.

The Defendant shall receive credit for time served in Federal custody.

IT IS SO ORDERED.

                                    s/ Christopher A. Boyko
                                    CHRISTOPHER A. BOYKO
                                    UNITED STATES DISTRICT JUDGE

DATED: August 4, 2020

Court Reporter: Lance Boardman; Time: 30 minutes